UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW VINCENT BREEN,

Plaintiff,

-v.-

VICTOR MICHAEL FLOUTY, *also known as* VICTOR MICHAEL FLUTIE, *also known as* MICHAEL FLUTIE; TESTBOARD TECHNOLOGIES, INC.; 3-102-898342 SOCIEDAD DE RESPONSABILIDAD LIMITADA; SAN JUANILLO BEACH COTTAGES LIMITADA; JOHN DOES 1-20 (SAID PERSONS BEING FICTITIOUS); HARRY HART ENTERTAINMENT, LLC; and XYZ COMPANIES 1-20 (SAID ENTITIES BEING FICTITIOUS),

Defendants.

25 Civ. 9050 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On November 12, 2026, the Court was notified that the settlement conference in this matter was unsuccessful. Accordingly, the parties are hereby ORDERED to attend a telephonic initial pretrial conference on **January 12, 2027**, **at 10:00 a.m.** At the designated time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370. The Court expects that the parties will submit a joint letter and an updated proposed case management plan by Thursday of the week prior to the initial pretrial conference.

SO ORDERED.

Dated: November 13, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge