UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GEORGE SCOTT,<br><br>Plaintiff,<br><br>-v.-<br><br>THE BANK OF NEW YORK MELLON, *as Master Indenture Trustee and Clearing Node*, NATWEST MARKETS SECURITIES, INC., *as Warehouse Liquidity Provider*, and MASTHAVEN FINANCE LIMITED, *(formerly trading as Spring Finance Limited), as Servicing Nominee and Originator*,<br><br>Defendants. | 26 Civ. 6246 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff, proceeding *pro se*, filed this action on July 22, 2026. (Dkt. #1). It appears from the docket that Defendants still have not been served 114-days after the filing of the Complaint. As such, the Court will dismiss this case without prejudice if (i) Plaintiff fails to making a showing of good cause for the delay; and (ii) Plaintiff fails to serve Defendants on or before **November 20, 2026**, which is 121-days after the filing of the Complaint. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — *must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." (emphasis added)).

Because Defendants have seemingly not been served in this case, the initial pretrial conference ("IPTC") currently scheduled for November 18, 2026,

is hereby ADJOURNED *sine die*. The Court will reschedule the IPTC if and only if Defendants are properly served.

SO ORDERED.

Dated: November 13, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge